UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., AN INDIVIDUAL,<br><br>  *Plaintiff*,<br><br>  v.<br><br>G6 HOSPITALITY PROPERTY LLC,<br><br>  *Defendant*. | Case No.: 2:24-cv-10977-MEMF-BFM<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER (ECF NO. 29) |

  On June 11, 2025, the Parties filed a Stipulated Protective Order (ECF No. 29). Following the filing, the Parties emailed to chambers a redline showing the differences between their Stipulated Protective Order and the Court's Model Protective Order.

  The Court, having considered the Parties' Stipulated Protective Order and finding good cause therefor, hereby GRANTS the Stipulated Protective Order and ORDERS as follows:

  1. The Stipulated Protective Order and all of its terms shall be in full force and effect.

  IT IS SO ORDERED.

Dated: June 11, 2025         _____

                BRIANNA FULLER MIRCHEFF

                United States Magistrate Judge